IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02541-REB-MEH

ANTHONY BROWN,

    Plaintiff,

v.

SERVICESOURCE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2011.**

    The Stipulated Motion for Protective Order [filed February 2, 2011; docket #15] is **granted**. The proposed protective order is accepted and entered contemporaneously with this minute order.