IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02541-WJM-MEH

ANTHONY BROWN,

    Plaintiff,

v.

SERVICESOURCE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2011.**

    Defendant's Unopposed Motion to Set New Deadline for Any Rule 35 Motion(s) [filed April 27, 2011; docket #30] is **granted**. The deadline for the filing of any Rule 35 motion is hereby extended up to and including **June 23, 2011**. (*See* docket #14 at 9.)